**Rodolfo C. ANDERSON,
Plaintiff–Appellant,**

v.

**TALISMAN, Dr., Defendant–Appellee.**

**No. 09–16911.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Oct. 5, 2010.

Rodolfo C. Anderson, Delano, CA, pro se.

William Douglas, Deputy Attorney General, AGCA—Office of the California Attorney General, Sacramento, CA, for Defendant–Appellee.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM ***

California state prisoner Rodolfo C. Anderson appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that a prison medical official forced him to take antipsychotic medications against his will. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo. *Frost v. Agnos*, 152 F.3d 1124, 1128 (9th Cir.1998). We affirm.

The district court properly granted summary judgment because Anderson failed to raise a genuine issue of material fact as to whether the prison doctor violated his constitutional rights by involuntarily medicating him. *See Washington v. Harper*, 494 U.S. 210, 231–33, 110 S.Ct. 1028, 108 L.Ed.2d 178 (1990); *Kulas v. Valdez*, 159 F.3d 453, 456 (9th Cir.1998).

We do not consider arguments raised for the first time on appeal. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir.1999).

Anderson's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.